UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN RAMOS FERRER, Individually

       Plaintiff,

v.     Case No.:  2:20-cv-281-FtM-38NPM

GULF COAST CELL PHONES, LLC
and SHAHZAD A FATMI,

       Defendants.
_____/

## OPINION AND ORDER[1]

Before the Court are the parties' Notice of Settlement (Doc. 17) and Stipulation of Dismissal with Prejudice (Doc. 18).  Brian Ramos Ferrer sued Gulf Coast Cell Phones, LLC and Shahzad A. Fatmi under the Fair Labor Standards Act (FLSA) for unpaid overtime.  (Doc. 1).  The parties now inform the Court that they have resolved Ferrer's claim without compromise and with attorney fees and costs negotiated and paid separately.  Therefore, there is no need for the Court to review and approve the settlement for fairness.  See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); see also *Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily by filing a stipulation signed by all parties who have appeared, as Ferrer has done here.

       Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hypelink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of July, 2020.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record